UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use **only** in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff**(s): **Heather Rooks**

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

**Defendant**(s): **Peoria Unified School District**

County of Residence: Maricopa

Plaintiff's Atty(s):

**Andrew Gould (**Heather Rooks **)**
**First Liberty Institute**
**2001 W. Plano Parkway, Ste. 1600**
**Plano, Texas  75075**
**(972) 941-4444**

**Allyson Ho**
**Gibson, Dunn & Crutcher LLP**
**2001 Ross Avenue, Suite 2100**
**Dallas, Texas  75201**
**(214) 698-3100**

Defendant's Atty(s):

---

II. Basis of Jurisdiction:           3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties **(Diversity Cases Only)**
                Plaintiff:- **N/A**
                Defendant:- **N/A**

IV. Origin :           **1. Original Proceeding**

V. Nature of Suit:           **440 Other Civil Rights**

VI. Cause of Action:           **U.S. Civil Statutes: 42 U.S.C. § 1983; 28 U.S.C. §§ 2201 and 2202. Brief description: Absolute Legislative Immunity; No Violation of the Establishment Clause; Violation of the First Amendment: Freedom of Speech; Violation of the First Amendment: Free Exercise of Religion;**

**Violation of Arizona's Free Exercise of Religion Act: Burden on Free Exercise of Religion; Violation of the Arizona Constitution: Free Speech.**

## VII. Requested in Complaint

    Class Action: **No**
    Dollar Demand: **Declaratory and nominal monetary relief**
    Jury Demand: **No**

## VIII. This case **is not related** to another case.

**Signature:** Andrew Gould

    **Date:** 9/26/2023

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**