# Exhibit B

| | |
|---|---|
| **From:** | Heather Rooks |
| **To:** | Andy Gould |
| **Subject:** | Fw: Scripture Reading @ Board Meetings / Board Comments |
| **Date:** | Wednesday, March 1, 2023 2:39:38 PM |

**From:** Kimberly Kontra <KKontra@pusd11.net>
**Sent:** Wednesday, February 22, 2023 1:40 PM
**Subject:** Scripture Reading @ Board Meetings / Board Comments

Good afternoon Governing Board,

Recently a fellow board member requested a conversation with the Governing Board's attorney for clarity on the legalities of reading Scripture at board meetings. In summary of the attorney's guidance, a board member acting in their role as such, should not read Scripture during a board meeting, as it violates the Establishment Clause. Legal counsel also stated that the First Amendment is not applicable in this situation, as one is speaking as a member of the public governing body, not an individual. In addition to this topic, it was asked what can be said or shared under Board Comments. The Governing Board attorney stated that Board Comments is meant for a brief summary of current events as it relates to service as a board member, such as school visits, recognizing students, staff, etc. Anything beyond this could be a violation of the Open Meeting Law.

Moving forward, we hope this provides the Governing Board with the legal clarifications needed to conduct efficient business meetings. Please let Dr. Reynolds or myself know if you have any additional questions.


Thank you,

# Kim

**Kimberly R. Kontra**
Executive Assistant, Superintendent & Governing Board

**Peoria Unified School District**
6330 W. Thunderbird Road
Glendale, AZ 85306
623-486-6005
www.peoriaunified.org

