# Exhibit D

June 29, 2023

**SENT VIA EMAIL & U.S. MAIL: DSandoval@pusd11.net, HRooks@pusd11.net, MeEwing@pusd11.net, rhill@pusd11.net, WSorensen@pusd11.net**

David Sandoval
President, PUSD Governing Board
Peoria Unified School District
6330 West Thunderbird Road
Glendale, AZ 85306

Re:  Continued abuse of school board position to promote religion and denigrate non-Christians

Dear President Sandoval and Board members:

I am writing on behalf of the Freedom From Religion Foundation (FFRF) to once again request that the Peoria Unified School District take appropriate action to stop board members from using their government positions to promote their personal religious beliefs and denigrate non-Christian, especially in light of Rebecca Hill's disconcerting comments doubling down on her attack on non-Christian students, parents, and community members.

It is our understanding that at the most recent school board meeting on June 22, 2023, board members continued to deliver bible verses and religious messages as official pronouncements in their role as school board members. We understand that Ms. Rooks recited Hebrews 10:23, "Let us hold tightly without wavering to the hope we affirm, for God can be trusted to keep his promise." We also understand that during the public comment period, a concerned District community member brought up Rebecca Hill's disturbing bible verse implying that non-Christians should be "drowned in the depths of the sea" that we addressed in our previous letter, Matthew 18:6:

> But whoever causes one of these little ones— who believe in me—to stumble and sin by leading him away from my teaching, it would be better for him to have a large millstone hung around his neck and to be drowned in the depths of the sea.

The concerned community member boldly issued an apology to non-evangelical students and families at the meeting, something that Ms. Hill should have done herself:

> I'd also like to say to any non-evangelical students and families in attendance or watching that I'm sorry…Last month, one of the board members called for your eradication at the May 22 board meeting. That was wrong, and it should not have been said.

After Ms. Rooks prompted Ms. Hill to respond to this public comment, she did but failed to in any way clarify her disturbing message or refute that it was intended to indicate that non-Christian should be eradicated. She only claimed that this odious message was "God's word":

> Yes, I'll respond to that. You're referring to a scripture verse that I commented on. So that was actually God's word that I quoted. So, I am referring to the Gospel, so if you want to look it up…I did not mention it out of my personal speak[sic], it actually was God's word.

We are asking that any board members who value and respect the non-Christian students, families, and community members in Peoria USD stand up for the constitutional rights of all Peoria USD students and families, regardless of their religious beliefs or lack thereof. The board should move to censure any school board members who abuse their position by pushing their personal religious beliefs during board meetings. This would ensure that the board can focus on its students and the important issues arising in the district.

Our nation is founded on a godless Constitution, whose only references to religion in government are exclusionary, such as "no religious test shall ever be required" for public office. U.S. Const. art. VI. The United States was the first nation to adopt a secular constitution, investing sovereignty in "We the People," not a divine entity. In our nation, citizens can be any religion they like or none at all. Non-Christians and non-believers are not second-class citizens and our public officials, including school board members may not take sides on religious matters.

This wise separation between religion and government embodied in the Establishment Clause has largely protected the United States from the religious slaughter and persecution rife around the world and historically whenever the government and religion are aligned:

> "There is no such source and cause of strife, quarrel, fights, malignant opposition, persecution, and war, and all evil in the state, as religion. Let it once enter our civil affairs, our government would soon be destroyed. Let it once enter our common schools, they would be destroyed." *State ex rel. Weiss v. Dist. Bd. of Sch. Dist. No. 8 of City of Edgerton*, 76 Wis. 177, 44 N.W. 967, 981 (1890).

As school board members, you serve a diverse population that consists not only of Christians, but also minority religious and nonreligious students, families, and community members. Promoting Christianity and denigrating non-Christians as school board members is especially concerning when you consider that 49 percent of Generation Z are religiously unaffiliated.[1]

While board members are certainly free to express their religious beliefs in their private capacity outside of their role as board members, it is unconstitutional for school board members to push their personal religious beliefs during school board meetings. We, once again, request that members of the Board refrain from discussing their religious beliefs during meetings in order to

---

[1] 2022 Cooperative Election Study of 60,000 respondents, analyzed by Ryan P. Burge www.religioninpublic.blog/2023/04/03/gen-z-and-religion-in-2022/.

uphold the rights of conscience embodied in our First Amendment, and that the Board take whatever action necessary to ensure its compliance with the Constitution. Please inform us in writing at your earliest convenience informing us of the steps the Board is taking to comply with the law.

Sincerely,

Christopher Line
Staff Attorney
Freedom From Religion Foundation