Civil Action No.   2:23-cv-02028-MTL

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   MELISSA EWING _____

was received by me on *(date)*   10/4/23                         .

☒  I personally served the summons on the individual at *(place)* _____

30407 N 123RD LN, PEORIA, AZ 85383 _____   on *(date)*   10/5/2023 @ 6:27 PM   ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____   on *(date)* _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   10/6/2023
_____                    _____
                                                 *Server's signature*

                                   LORI YOUNG Certified Process Server
                                   MARICOPA County License #: 8314
                                   _____
                                              *Printed name and title*

                                   240 E. COURY AVE, STE 130, MESA, AZ 85210
                                   _____
                                              *Server's address*

Additional information regarding attempted service, etc:
Sex: Female    Color of skin: Caucasian    Color of hair: Brown    Glasses: No
Age: 35 - 40 Yrs    Height: 5'7" - 5'9'    Weight: 100-130 Lbs.    Other Features:

Documents For Service
SUMMONS; COMPLAINT; CIVIL COVER SHEET; EXHIBITS

44697

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Heather Rooks | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  2:23-cv-02028-MTL |
| Peoria Unified School District | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Peoria Unified School District
c/o
David Sandoval, Governing Board Member
Melissa Ewing, Governing Board Member
William Sorenson, Governing Board Member
6330 W. Thunderbird Road
Glendale, AZ 85306

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Allyson N. Ho
Gibson, Dunn & Crutcher LLP
2001 Ross Ave., Suite 2100
Dallas, TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk*

ISSUED ON  7:27 am, Oct 04, 2023

s/ Debra D. Lucas, Clerk