# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Heather Rooks, | No. CV-23-02028-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Peoria Unified School District, | |
| Defendant. | |

The Court having considered the parties' Stipulation for Extension of Time to Respond to Complaint (Second Request) (Doc. 11), and good cause appearing,

**IT IS ORDERED** granting the parties' Motion (Doc. 11).

**IT IS FURTHER ORDERED** that Defendant shall file its response to the Complaint (Doc. 1) no later than December 11, 2023.

Dated this 22nd day of November, 2023.

Michael T. Liburdi
United States District Judge