James D. Smith, 016760
David D. Garner, 020459
Sarah P. Lawson, 036436
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
602-640-9000
jsmith@omlaw.com
dgarner@omlaw.com
slawson@omlaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Heather Rooks,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Peoria Unified School District,<br><br>　　　　　　Defendant. | No. CV-23-02028-PHX-MTL<br><br>CORPORATE DISCLOSURE STATEMENT |

    This Corporate Disclosure Statement is filed on behalf of Defendant Peoria Unified School District ("PUSD") in compliance with the provisions of: *(check one)*

    ☒    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    ☐    Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☒ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

☐ Other (please explain)

**A supplemental disclosure statement will be filed upon any change in the information provided herein**.

DATED this 11th day of December, 2023.

OSBORN MALEDON, P.A.

By  s/ James D. Smith
James D. Smith
David D. Garner
Sarah P. Lawson
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012

Attorneys for Defendant

10179073.1