Allyson N. Ho *(admitted pro hac vice)*
Bradley G. Hubbard *(admitted pro hac vice)*
Matthew Scorcio *(admitted pro hac vice)*
Elizabeth A. Kiernan *(admitted pro hac vice)*
Stephen J. Hammer *(admitted pro hac vice)*
Bryston C. Gallegos *(admitted pro hac vice)*
Jason J. Muehlhoff *(admitted pro hac vice)*
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
Telephone: (214) 698-3100
Facsimile:   (214) 571-2900
*aho@gibsondunn.com*

Andrew W. Gould
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
2575 East Camelback Rd,
Ste 860
Phoenix, AZ 85016
Telephone: (602) 388-1262
State Bar No. 013234
*agould@holtzmanvogel.com*

David J. Hacker *(admitted pro hac vice)*
Lea E. Patterson *(admitted pro hac vice)*
FIRST LIBERTY INSTITUTE
2001 W. Plano Parkway
Ste. 1600
Plano, TX 75075
Telephone: (972) 941-4444
*dhacker@firstliberty.org*

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Heather Rooks,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Peoria Unified School District,<br><br>　　　　　Defendant. | CASE NO. 2:23-CV-02028-MTL<br><br>**STIPULATED MOTION FOR DEADLINES AND DISCOVERY** |

**STIPULATION**

1. Counsel for Plaintiff Heather Rooks and counsel for Defendant Peoria Unified School District conferred about this case's schedule and discovery process. They agree as follows. *See* Fed. R. Civ. P. 29(b).

2. The District agrees to answer the complaint rather than file a Rule 12 motion to dismiss.

3. Rooks agrees not to move for a preliminary injunction.

4. Peoria Unified School District Governing Board meeting videos posted on the District's YouTube channel, https://www.youtube.com/@PUSDOfficialChannel, as of the date of this stipulation are authenticated.

5. Peoria Unified School District Governing Board meeting agendas and meeting minutes posted on the District's website, https://go.boarddocs.com/az/pusd11/Board.nsf/Public#, as of the date of this stipulation are authenticated.

6. The parties agree to make reasonable efforts to have the relevant Board meeting videos, or portions of them, transcribed.

7. Discovery is limited to: Each side may have 5 interrogatories and 10 requests for admission.

8. If the parties believe they need to request identified documents for production, they will confer in good faith.

9. The parties agree not to take depositions in this case.

10. The parties agree to the following schedule for serving discovery requests and for filing summary judgment motions:

**Jan. 16, 2023**: Deadline to serve discovery requests.

**Mar. 14, 2024**: Plaintiff's deadline to move for summary judgment.

**Apr. 11, 2024**: Defendant's deadline to file combined response and, optionally, cross-motion for summary judgment

**May 2, 2024**: Plaintiff's deadline to file combined reply and, if needed, response to motion for summary judgment

**May 17, 2024**: Defendant's deadline to file a reply in support of cross-motion for summary judgment (if applicable).

The parties respectfully request that the Court excuse them from the discovery planning conference and a more detailed discovery plan under Federal Rule of Civil Procedure 26(f).

A proposed form of order adopting the foregoing protocols and deadlines accompanies this stipulation.

Dated:  December 11, 2023          Respectfully submitted,

 /s/ *Andrew W. Gould*              /s/ *Allyson N. Ho*
Andrew W. Gould                     Allyson N. Ho *(admitted pro hac vice)*
HOLTZMAN VOGEL BARAN                Bradley G. Hubbard *(admitted pro hac vice)*
TORCHINSKY & JOSEFIAK PLLC          Matthew Scorcio *(admitted pro hac vice)*
2575 East Camelback Rd,             Elizabeth A. Kiernan *(admitted pro hac vice)*
Ste 860                             Stephen J. Hammer *(admitted pro hac vice)*
Phoenix, AZ 85016                   Bryston C. Gallegos *(admitted pro hac vice)*
Telephone: (602) 388-1262           Jason J. Muehlhoff *(admitted pro hac vice)*
State Bar No. 013234                GIBSON, DUNN & CRUTCHER LLP
*agould@holtzmanvogel.com*          2001 Ross Avenue, Suite 2100
                                    Dallas, Texas  75201
David J. Hacker                     Telephone:  (214) 698-3100
*(admitted pro hac vice)*           Facsimile:  (214) 571-2900
Lea E. Patterson                    *aho@gibsondunn.com*
*(admitted pro hac vice)*           *bhubbard@gibsondunn.com*
FIRST LIBERTY INSTITUTE             *mscorcio@gibsondunn.com*
2001 W. Plano Parkway               *ekiernan@gibsondunn.com*
Ste. 1600                           *shammer@gibsondunn.com*
Plano, TX 75075                     *bgallegos@gibsondunn.com*
Telephone: (972) 941-4444           *jmuehlhoff@gibsondunn.com*
*dhacker@firstliberty.org*
*lepatterson@firstliberty.org*

*Attorneys for Plaintiff*

                                     /s/ *James D. Smith (with permission)*
                                    James D. Smith
                                    David D. Garner
                                    Sarah P. Lawson
                                    OSBORN MALEDON, P.A.
                                    2929 North Central Avenue, Suite 2000
                                    Phoenix, Arizona 85012
                                    Attorneys for Defendant

*Attorneys for Defendant*

4