# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Heather Rooks, | No. CV-23-02028-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Peoria Unified School District, | |
| Defendant. | |

**IT IS ORDERED** denying the Stipulated Motion for Deadlines and Discovery (Doc. 15).

**IT IS FURTHER ORDERED** that the Parties must follow the instructions set forth in the Order Setting Rule 16 Scheduling Conference. This Order can be found at Docket Entry Number 16. The Order requires conducting a Rule 26(f) meeting and then preparing and filing a Joint Proposed Case Management Report.

Dated this 13th day of December, 2023.

Michael T. Liburdi
United States District Judge