James D. Smith, 016760
David D. Garner, 020459
Sarah P. Lawson, 036436
Alexandria N. Karpurk, 037029
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
602-640-9000
jsmith@omlaw.com
dgarner@omlaw.com
slawson@omlaw.com
akarpurk@omlaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Heather Rooks, | No. CV-23-02028-PHX-MTL |
| Plaintiff, | |
| v. | NOTICE OF SERVICE OF DISCOVERY |
| Peoria Unified School District, | |
| Defendant. | |

NOTICE IS GIVEN that on January 31, 2024, Defendant served its Initial Rule 26(a)(1) Disclosure via electronic mail on all counsel of record.

DATED this 31st day of January, 2024.

OSBORN MALEDON, P.A.

By  s/James D. Smith
    James D. Smith
    David D. Garner
    Sarah P. Lawson
    Alexandria N. Karpurk
    2929 North Central Avenue, Suite 2000
    Phoenix, Arizona 85012

Attorneys for Defendant

10239780