Allyson N. Ho *(admitted pro hac vice)*
Bradley G. Hubbard *(admitted pro hac vice)*
Matthew Scorcio *(admitted pro hac vice)*
Elizabeth A. Kiernan *(admitted pro hac vice)*
Stephen J. Hammer *(admitted pro hac vice)*
Bryston C. Gallegos *(admitted pro hac vice)*
Jason J. Muehlhoff *(admitted pro hac vice)*
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
Telephone: (214) 698-3100
Facsimile:  (214) 571-2900
*aho@gibsondunn.com*

Andrew W. Gould
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
2575 East Camelback Rd,
Ste 860
Phoenix, AZ 85016
Telephone: (602) 388-1262
State Bar No. 013234
*agould@holtzmanvogel.com*

David J. Hacker *(admitted pro hac vice)*
Lea E. Patterson *(admitted pro hac vice)*
FIRST LIBERTY INSTITUTE
2001 W. Plano Parkway
Ste. 1600
Plano, TX 75075
Telephone: (972) 941-4444
*dhacker@firstliberty.org*

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Heather Rooks, | CASE NO. 2:23-CV-02028-MTL |
| Plaintiff, | |
| v. | |
| Peoria Unified School District, | **PLAINTIFF HEATHER ROOKS'S NOTICE OF SERVICE OF DISCOVERY RESPONSES** |
| Defendant. | |

NOTICE IS GIVEN that Plaintiff Heather Rooks served her responses to the District's First Set of Interrogatories and First Set of Requests for Admission via electronic mail on counsel of record on February 15, 2024.

Dated: February 15, 2024    Respectfully submitted,

/s/ *Andrew W. Gould*   /s/ *Allyson N. Ho*
Andrew W. Gould   Allyson N. Ho *(admitted pro hac vice)*
HOLTZMAN VOGEL BARAN   Bradley G. Hubbard *(admitted pro hac vice)*
TORCHINSKY & JOSEFIAK PLLC   Matthew Scorcio *(admitted pro hac vice)*
2575 East Camelback Rd,   Elizabeth A. Kiernan *(admitted pro hac vice)*
Ste 860   Stephen J. Hammer *(admitted pro hac vice)*
Phoenix, AZ 85016   Bryston C. Gallegos *(admitted pro hac vice)*
Telephone: (602) 388-1262   Jason J. Muehlhoff *(admitted pro hac vice)*
State Bar No. 013234   GIBSON, DUNN & CRUTCHER LLP
agould@holtzmanvogel.com   2001 Ross Avenue, Suite 2100
   Dallas, Texas 75201
David J. Hacker   Telephone: (214) 698-3100
*(admitted pro hac vice)*   Facsimile: (214) 571-2900
Lea E. Patterson   aho@gibsondunn.com
*(admitted pro hac vice)*   bhubbard@gibsondunn.com
FIRST LIBERTY INSTITUTE   mscorcio@gibsondunn.com
2001 W. Plano Parkway   ekiernan@gibsondunn.com
Ste. 1600   shammer@gibsondunn.com
Plano, TX 75075   bgallegos@gibsondunn.com
Telephone: (972) 941-4444   jmuehlhoff@gibsondunn.com
dhacker@firstliberty.org
lepatterson@firstliberty.org

*Attorneys for Plaintiff*