James D. Smith, 016760
David D. Garner, 020459
Sarah P. Lawson, 036436
Alexandria N. Karpurk, 037029
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
602-640-9000
jsmith@omlaw.com
dgarner@omlaw.com
slawson@omlaw.com
akarpurk@omlaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Heather Rooks, | No. 2:23-cv-02028-MTL |
|---|---|
| Plaintiff, | NOTICE OF SERVICE OF DISCOVERY |
| v. | |
| Peoria Unified School District, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Defendant served its Second Supplemental Rule 26(a)(1) Disclosure via electronic mail on counsel of record on March 7, 2024.

DATED this 7th day of March, 2024.

OSBORN MALEDON, P.A.

By  s/Alexandria N. Karpurk
    James D. Smith
    David D. Garner
    Sarah P. Lawson
    Alexandria N. Karpurk
    2929 North Central Avenue, Suite 2000
    Phoenix, Arizona 85012

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

　　　　　　　　　　　　　　　　　 s/Sylvia Aguayo