1  James D. Smith, 016760
   David D. Garner, 020459
2  Sarah P. Lawson, 036436
   Alexandria N. Karpurk, 037029
3  OSBORN MALEDON, P.A.
   2929 North Central Avenue, Suite 2000
4  Phoenix, Arizona 85012
   602-640-9000
5  jsmith@omlaw.com
   dgarner@omlaw.com
6  slawson@omlaw.com
   akarpurk@omlaw.com
7
   Attorneys for Defendant
8

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF ARIZONA

11

12 Heather Rooks,                    No. CV-23-02028-PHX-MTL

13              Plaintiff,           STIPULATION OF AUTHENTICITY AND
       v.                            JOINT MOTION TO INCREASE PAGE
14                                   LIMITS
   Peoria Unified School District,
15
              Defendant.
16

17        Counsel for Plaintiff Heather Rooks and Defendant Peoria Unified School District

18 ("PUSD") stipulate that documents that PUSD disclosed at Bates pages PUSD-Rooks

19 477-98 and 501-787 accurately reflect materials provided or offered by the Arizona

20 School Boards Association.  Plaintiff does not waive other objections to these materials.

21        The parties also agree that the issues they expect to address on summary judgment

22 likely will benefit from briefing beyond the presumptive limits.  Thus, they jointly ask

23 the Court to extend those limits as follows:

24     1. Plaintiff Heather Rooks's Motion for Summary Judgment shall not exceed 25

25        pages.

26     2. PUSD's Response and Cross-Motion for Summary judgment shall not exceed 35

27        pages.

28     3. Plaintiff Heather Rooks's Reply and Cross-Response shall not exceed 35 pages.

1     4.  PUSD's Cross-Reply shall not exceed 20 pages.

2         The parties respectfully request the Court to enter the proposed form of order

3     implementing this stipulation and joint motion that accompanies this submission.

4         DATED this 11th day of March, 2024.

5                                    OSBORN MALEDON, P.A.

6

7                                    By  s/James D. Smith
                                         James D. Smith
8                                        David D. Garner
                                         Sarah P. Lawson
9                                        Alexandria N. Karpurk
                                         2929 North Central Avenue, Suite 2000
10                                       Phoenix, Arizona 85012

11                                   Attorneys for Defendant

12                                   GIBSON, DUNN & CRUTCHER LLP

13

14                                   By  s/Elizabeth A. Kiernan (with permission)
                                         Allyson N. Ho*
15                                       Bradley G. Hubbard*
                                         Matthew Scorcio*
16                                       Elizabeth A. Kiernan*
                                         Stephen J. Hammer*
17                                       Bryston C. Gallegos*
                                         Jason J. Muehlhoff*
18                                       2001 Ross Avenue, Suite 2100
                                         Dallas, Texas 75201
19
                                         HOLTZMAN VOGEL BARAN
20                                       TORCHINSKY & JOSEFIAK PLLC
                                         Andrew W. Gould
21                                       2575 East Camelback Rd, Ste 860
                                         Phoenix, Arizona 85016
22
                                         FIRST LIBERTY INSTITUTE
23                                       David J. Hacker*
                                         Lea E. Patterson*
24                                       2001 West Plano Parkway, Suite 1600
                                         Plano, Texas 75075
25
                                         *Admitted pro hac vice
26
                                     Attorneys for Plaintiff
27    10293411

28

2