# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Heather Rooks,<br><br>            Plaintiff,<br><br>v.<br><br>Peoria Unified School District,<br><br>            Defendant. | No. CV-23-02028-PHX-MTL<br><br>**ORDER** |

Pursuant to the parties' Stipulation of Authenticity and Joint Motion to Increase Page Limit (Doc. 32) and good cause appearing,

**IT IS ORDERED** granting the parties' Stipulation as to the authenticity of the documents disclosed at Bates pages PUSD-Rooks 477-98 and 501-787. (Doc. 32 at 1.)

**IT IS FURTHER ORDERED** granting the parties' Motion to Increase Page Limit (Doc. 32) as follows:

1. Plaintiff's Motion for Summary Judgment shall not exceed 25 pages.
2. Defendant's Response and Cross-Motion for Summary judgment shall not exceed 35 pages.
3. Plaintiff's Reply and Cross-Response shall not exceed 35 pages.
4. Defendant's Cross-Reply shall not exceed 20 pages.

Dated this 11th day of March, 2024.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge