# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Heather Rooks,<br><br>  Plaintiff,<br><br>v.<br><br>Peoria Unified School District,<br><br>  Defendant. | No. CV-23-02028-PHX-MTL<br><br>**ORDER** |

The Court having reviewed Defendant Peoria United School District's Motion for Leave to File Non-Electronic Exhibit (Doc. 42), and good cause appearing,

**IT IS ORDERED** granting the Motion for Leave to File Non-Electronic Exhibit (Doc. 42).

**IT IS FURTHER ORDERED** that Defendant may file the non-electronic exhibit by sending, via overnight mail or Federal Express, two copies of the exhibit contained on separate USB flash drives or similar portable storage devices (one for filing with the Clerk of Court and one for chambers).

**IT IS FINALLY ORDERED** that Defendant shall file a notice of filing a non-electronic exhibit with the Court prior to mailing the non-electronic exhibit.

Dated this 15th day of May, 2024.

Michael T. Liburdi
United States District Judge