James D. Smith, 016760
David D. Garner, 020459
Sarah P. Lawson, 036436
Alexandria N. Karpurk, 037029
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
602-640-9000
jsmith@omlaw.com
dgarner@omlaw.com
slawson@omlaw.com
akarpurk@omlaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Heather Rooks, | No. CV-23-02028-PHX-MTL |
| Plaintiff, | |
| v. | DEFENDANT'S NOTICE OF LODGING NON-ELECTRONIC EXHIBIT |
| Peoria Unified School District, | |
| Defendant. | |

Under the Court's Order (Doc. 43), Peoria Unified School District gives notice that it has lodged two USB flash drives of the March 9, 2023 Governing Board Meeting with the Court. The relevant portion of the meeting begins at the 1:26:24 mark.

DATED this 17th day of May, 2024.

OSBORN MALEDON, P.A.


By  s/ Alexandria N. Karpurk
          James D. Smith
          David D. Garner
          Sarah P. Lawson
          Alexandria N. Karpurk
          2929 North Central Avenue, Suite 2000
          Phoenix, Arizona 85012

Attorneys for Defendant