# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Heather Rooks, | No. CV-23-02028-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Peoria Unified School District, | |
| Defendant. | |

The Court having reviewed the Notice of Withdrawal (Doc. 46), and good cause appearing,

**IT IS ORDERED** granting Notice of Withdrawal (Doc. 26) and allowing Lea E. Patterson to withdraw as attorney of record for the plaintiff, and be relieved of ay future professional obligation, responsibility, or duty to the defendant.

Dated this 16th day of August, 2024.

Michael T. Liburdi
United States District Judge