# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Heather Rooks, | No. CV-23-02028-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Peoria Unified School District, | |
| Defendant. | |

**IT IS ORDERED** setting in-person oral argument on Plaintiff Heather Rooks's Motion for Summary Judgment (Doc. 34) and Defendant Peoria Unified School District's Cross-Motion for Summary Judgment (Doc. 38) for **January 09, 2025**, at **10:00 a.m.** (Arizona time) in Courtroom 504, Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona, 85003 before United States District Judge Michael T. Liburdi.

Dated this 9th day of December, 2024.

Michael T. Liburdi
United States District Judge