James D. Smith, 016760
David D. Garner, 020459
Sarah P. Lawson, 036436
Alexandria N. Karpurk, 037029
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
602-640-9000
jsmith@omlaw.com
dgarner@omlaw.com
slawson@omlaw.com
akarpurk@omlaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Heather Rooks,<br><br>  Plaintiff,<br>v.<br><br>Peoria Unified School District,<br><br>  Defendant. | No. CV-23-02028-PHX-MTL<br><br>NOTICE OF SUPPLEMENTAL AUTHORITY FOR ORAL ARGUMENT JANUARY 9, 2025 |

Defendant gives notice of this supplemental authority supporting Defendant's Response to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment (Doc. 38):

- *Hoenack v. Litchfield Elementary Sch. Dist.*, No. CV-22-01903-PHX-JJT, 2024 WL 4364136, *4-5 (D. Ariz. Oct. 1, 2024) (granting summary judgment for school district against board member and noting board's ability to limit speech during meetings).

- *Hoenack v. Litchfield Elementary Sch. Dist.*, No. CV-22-01903-PHX-JJT, 2024 WL 4837006, *2 (D. Ariz. Nov. 20, 2024) (denying board member's motion for reconsideration and explaining why legislative immunity cannot be used offensively).

DATED this 30th day of December, 2024.

OSBORN MALEDON, P.A.

By s/James D. Smith
  James D. Smith
  David D. Garner
  Sarah P. Lawson
  Alexandria N. Karpurk
  2929 North Central Avenue, Suite 2000
  Phoenix, Arizona 85012

Attorneys for Defendant

10670806