# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Heather Rooks, | No. CV-23-02028-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Peoria Unified School District, | |
| Defendant. | |

Pursuant to executive action, and by order of the Chief Judge of this District, the court will be closed on January 9, 2025.

**IT IS THEREFORE ORDERED** resetting the in-person oral argument on Plaintiff Heather Rooks's Motion for Summary Judgment (Doc. 34) and Defendant Peoria Unified School District's Cross-Motion for Summary Judgment (Doc. 38) to **January 10, 2025,** at **10:00 a.m.** in Courtroom 504, 401 West Washington Street, Phoenix, AZ 85003 before Judge Michael T. Liburdi.

Dated this 31st day of December, 2024.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge