# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Heather Rooks,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Peoria Unified School District,<br><br>　　　　Defendant. | **NO. CV-23-02028-PHX-MTL**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed January 27, 2025, which granted the Cross-Motion for Summary Judgment, judgment is entered in favor of Defendant Peoria Unified School District. Plaintiff to take nothing, and the complaint and action are dismissed.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

January 27, 2025

　　　　　　　　　　　　　　　　　　s/ K. James
　　　　　　　　　　　　　　　By　 Deputy Clerk